**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-1953**

_____

VENNA L. SPENCER,

Plaintiff - Appellant,

versus

MORNINGSIDE POLICE DEPARTMENT; TOWN OF
MORNINGSIDE, MD,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Peter J. Messitte, District Judge.  (CA-
01-3746-PJM)

_____

Submitted:  November 21, 2002      Decided:  November 27, 2002

_____

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Venna L. Spencer, Appellant Pro Se.  Daniel Karp, ALLEN, KARPINSKI,
BRYANT & KARP, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Venna Spencer appeals the district court's order granting Defendants' motion for summary judgment in this employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Spencer v. Morningside Police Dep't, No. CA-01-3746-PJM (D. Md. July 30, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED